Daniel M. Hattis (SBN 232141)
HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com

Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
936 Woodlawn Drive
Thousand Oaks, CA 91360
Telephone: (805) 233-8062
Facsimile: (425) 412-7171
Email: pkl@hattislaw.com

*Attorneys for Plaintiff Todd Simon
and the Proposed Class*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
JAY T. RAMSEY, Cal. Bar No. 273160
ALYSSA M. SHAUER, Cal. Bar No. 318359
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:     310.228.3700
Facsimile:     310.228.3701
E mail         ccardon@sheppardmullin.com
               jramsey@sheppardmullin.com
               ashauer@sheppardmullin.com

*Attorneys for Defendants Carter's, Inc.
and The William Carter Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SIMON, for Himself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br>     v.<br><br>CARTER'S, INC.; THE WILLIAM CARTER COMPANY; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 4:20-cv-01436-JSW<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

COME NOW, Plaintiff Todd Simon and Defendants Carter's, Inc., and The William Carter Company STIPULATE as follows and respectfully REQUEST that the Court enter an Order mandating that:

1. All of the claims alleged by Plaintiff Todd Simon individually in the operative First Amended Complaint be DISMISSED WITH PREJUDICE.

2. All of the claims alleged by Plaintiff Todd Simon on behalf of the class defined in Paragraph 84 of the First Amended Complaint be DISMISSED WITHOUT PREJUDICE.

Dated: February 8, 2021

| | |
|---|---|
| HATTIS & LUKACS | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| By: /s/ Paul Karl Lukacs<br>DANIEL M. HATTIS<br>PAUL KARL LUKACS<br><br>*Attorneys for Plaintiff Todd Simon and the Proposed Class* | By: /s/ Jay T. Ramsey<br>P. CRAIG CARDON<br>JAY T. RAMSEY<br>ALYSSA M. SHAUER<br><br>*Attorneys for Defendants Carter's, Inc., and The William Carter Company* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February  9 , 2021

_____
HON. JEFFREY S. WHITE